UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ADAMES,

                Plaintiff,        09 Civ. 7698 (JGK)

    - against -              ORDER

STEVEN RICHMAN, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The Court has received the plaintiff's application to appeal in forma pauperis. Pursuant to Judge Kaplan's order dated January 15, 2009 in Adames v. Bloomberg, et al., 08 Civ. 3804, Mr. Adamas is permanently enjoined from bringing any action in any federal court relating to his claim that he should Mayor of the City of New York. Accordingly, this appeal is not taken in good faith as it lacks an arguable basis in fact or law.

    The plaintiff's application to proceed in forma pauperis is denied.

SO ORDERED.

Dated:    New York, New York
          September 18, 2009

                                  John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09